# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN VILLARREAL, ) | 1:07-CV-0318 AWI WMW HC |
| Petitioner, ) | |
| v. ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| JEFF WRIGLEY, et al., ) | |
| Respondent. ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   March 22, 2007**            /s/  William M. Wunderlich
bl0dc4                                          UNITED STATES MAGISTRATE JUDGE